# PENSION BENEFIT GUARANTY CORPORATION v. YAHN & McDONNELL, INC., ET AL.

No. 86–231.   Argued April 27, 1987—Decided May 18, 1987*

*Gary M. Ford* argued the cause for appellants in both cases.   With him on the briefs for appellant in No. 86–231 were *Peter H. Gould, David F. Power, Kenneth S. Geller, Kathryn A. Oberly,* and *Mitchell L. Strickler.   Richard H. Markowitz* and *Paula R. Markowitz* filed briefs for appellants in No. 86–253.

*Carl L. Taylor* argued the cause for appellees in both cases.   With him on the brief were *Glenn Summers* and *William H. Ewing.*†

PER CURIAM.

The judgment is affirmed by an equally divided Court.

JUSTICE WHITE took no part in the consideration or decision of these cases.

---

*Together with No. 86–253, *United Retail & Wholesale Employees Teamsters Union Local No. 115 Pension Plan et al.* v. *Yahn & McDonnell, Inc., et al.*, also on appeal from the same court.

†Briefs of *amici curiae* urging reversal in No. 86–231 were filed for the National Coordinating Committee for Multiemployer Plans by *Gerald M. Feder, David R. Levin,* and *Nik B. Edes;* and for the Trustees of the United Mine Workers of America 1950 and 1974 Pension Plans by *Israel Goldowitz.*

Briefs of *amici curiae* urging affirmance in both cases were filed for the Chamber of Commerce of the United States by *Stephen A. Bokat* and *Robin S. Conrad;* and for Flying Tiger Line Inc., et al. by *Douglas D. Broadwater, R. Franklin Balotti, Jesse A. Finkelstein, William W. Bowser,* and *Lawrence M. Nagin.*